**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| In the matter of | |
|---|---|
| **KENNETH DUNLAP** <br> **MELANIE DUNLAP** | Case No. **05-64775-CKP** <br><br> Chapter 7 |
| Debtor(s) | Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$ 410.61 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

**Creditor Name and Address**

| | Claim No. | Amount of Dividend |
|---|---|---|
| **Internal Revenue Service** <br> **550 Main St. Rm. 3525** <br> **Cincinnati, OH 45201     Claim # 29** | | |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $410.61 |

Dated:   8/3/2010                                    /s/ Clyde Hardesty

                                                     Clyde C. Hardesty

cc: U.S. Trustee